P. L. Bucy, Plaintiff in Error, v. The State of Florida, Defendant in Error.

*Fred H. Davis,* Attorney General, for the motion.

H. J. Branson, Plaintiff in Error, v. The State of Florida, Defendant in Error.

*Fred H. Davis,* Attorney General, for the motion.

Julia Crumpton, Plaintiff in Error. v. Afro-American Life Insurance Company, Defendant in Error.

*S. D. McGill,* for Plaintiff in Error;

*George C. Bedell,* for Defendant in Error.